UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

RE:                                             )
                                                )   Chapter 13
Gregory S. Eldridge &                           )
Susan L. Eldridge,                              )
                                                )   Case No. 20-10406-BAH
            Debtors                             )

## ORDER

After due consideration, Debtors' Motion To Extend Time In Which To File Chapter 13 Plan is hereby GRANTED. Chapter13 Plan due on or before May 1, 2020.

Entered at Concord, NH.

Dated: April 27, 2020

/s/ Bruce A. Harwood

Bruce A. Harwood, Chief Judge
United States Bankruptcy Court